# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BLAIR MIELKE, | |
| Plaintiff(s), | Case No. 2:14-cv-01763-JCM-NJK |
| vs. | ORDER TO SHOW CAUSE |
| STANDARD METALS PROCESSING, INC., | |
| Defendant(s). | |

The parties have submitted a stipulation seeking, *inter alia*, issuance of an order indicating that the deadline to file requests to extend deadlines in the scheduling order need only be filed by August 17, 2015. *See* Docket No. 31, at 3. The Court has already expended judicial resources in this case explaining to counsel that such a deadline is inconsistent with the Local Rules. *See* Docket No. 14. Counsel of record then reviewed the Local Rules and filed certifications that they understood them. *See* Docket Nos. 16, 17. When requiring counsel to review the Court's Local Rules, the Court made clear that "similar violations in the future may result in the imposition of sanctions." Docket No. 14, at 2. In light of the above, Rachel Donn and Joshua Brinen are hereby **ORDERED** to show cause in writing, no later than May 20, 2015, why they should not be sanctioned in a Court fine of up to $250 each for continuing to misrepresent the Local Rules and violate the Court's order notwithstanding their previous certification. *See, e.g.*, Fed. R. Civ. P. 16(f), Local Rule IA 4-1.

IT IS SO ORDERED.

DATED: May 13, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge