UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BLAIR MIELKE,<br><br>               Plaintiff(s),<br><br>vs.<br><br>STANDARD METALS PROCESSING, INC.,<br><br>               Defendant(s). | 2:14-cv-01763-JCM-NJK<br><br>**ORDER RE: EMERGENCY MOTION TO WITHDRAW**<br><br>(Docket No. 42) |

Pending before the Court is Plaintiff's attorney's emergency motion to withdraw. Docket No. 42. Any response shall be filed no later than June 29, 2015. The Court hereby **SETS** a hearing for July 1, 2015, at 3:00 p.m. in Courtroom 3A. Plaintiff and Plaintiff's counsel shall attend the hearing. Any new counsel retained by Plaintiff shall also attend the hearing. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than June 25, 2015, Plaintiff's current counsel of record shall serve Plaintiff with this order that he appear and shall file a proof of service.

IT IS SO ORDERED.

DATED: June 24, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge