UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BLAIR MIELKE,<br><br>   Plaintiff(s),<br><br>vs.<br><br>STANDARD METALS PROCESSING, INC.,<br><br>   Defendant(s). | Case No. 2:14-cv-01763-JCM-NJK<br><br>ORDER<br><br>(Docket Nos. 45, 46) |

The Court has set a hearing for July 1, 2015. Docket No. 43. The Court ordered Plaintiff's counsel to appear at that hearing in person, *see id.*, and that order remains unchanged. Pending before the Court is a motion by Plaintiff's counsel for Plaintiff to appear telephonically. Docket No. 45. Also pending before the Court is a motion by Defendant's counsel to appear telephonically. Docket No. 46. The motions (Docket Nos. 45, 46) are hereby **GRANTED**. Plaintiff and Defendant's counsel shall appear telephonically by calling the Court conference line at 702-868-4906 at least five minutes prior to the hearing. The conference code is 123456. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

  IT IS SO ORDERED.

  DATED: June 29, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge