SEAN P. FLANAGAN, ESQ.
Nevada Bar No. 5304
FLANAGAN, LTD.
7251 W. Lake Mead Blvd., Ste. 300
Las Vegas, NV 89128
(702) 562-4111 (Telephone)
(702) 562-4117 (Fax)
sean@flanaganltd.com (Email)

JOSHUA D. BRINEN, ESQ.
Nevada Bar No. 13456
BRINEN & ASSOCIATES, LLC
7 Dey Street, Suite 1503
New York, New York 10007
(212) 330-8151 (Telephone)
(212) 227-0201 (Fax)
jbrinen@brinenlaw.com (Email)

Attorneys for Defendant Standard Metals Processing, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BLAIR MIELKE,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>STANDARD METALS PROCESSING, INC., a Nevada Corporation, and DOES 1 through 20, and ROE CORPORATIONS 1 through 20, Inclusive,<br><br>　　　　　　Defendants. | Case No. 2:14-CV-01763 JCM-NJK<br><br><br><br>~~PROPOSED~~ ORDER |

　　PURSUANT TO MINUTES OF PROCEEDINGS, Docket No. 49, Defendant Standard Metals Processing, Inc.'s counsel submits the following Proposed Order:

　　IT IS ORDERED that Emergency Motion to Withdraw as Counsel of Record for Plaintiff and Counter-Defendant Blair Mielke, Docked No. 42, is GRANTED.

1

IT IS FURTHER ORDERED that Plaintiff Blair Mielke will have until Wednesday, July 22, 2015, to retain new counsel, who must file a notice of appearance in accordance with the Local Rules of Practice, or to file a notice to proceed Pro Se.

IT IS FURTHER ORDERED that all remaining discovery deadlines are extended for three (3) weeks, as follows:

The discovery cut-off is extended from September 4, 2015 to September 25, 2015.

The last day to file an Interim Status Report is extended from July 3, 2015 to July 24, 2015.

The last day to file dispositive motions is extended from October 5, 2015 to October 26, 2015.

The last day to file a Joint Pretrial Order is extended from November 4, 2015 to November 25, 2015, or, in the event that dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until 30 days after a decision on the dispositive motions.

Any motion or stipulation to extend any date set by this discovery plan and scheduling order, or any other order of this Court, shall be filed no later than 21 days before the subject deadline.

DATED this 6th day of July, 2015.

/s/ Sean P. Flanagan
SEAN P. FLANAGAN, ESQ.
Nevada Bar No. 5304
FLANAGAN, LTD.
7251 W. Lake Mead Blvd., Ste. 300
Las Vegas, NV 89128
(702) 562-4111 (Telephone)
(702) 562-4117 (Fax)
sean@flanaganltd.com (Email)

/s/ Joshua D. Brinen
JOSHUA D. BRINEN, ESQ.

Nevada Bar No. 13456
BRINEN & ASSOCIATES, LLC
7 Dey Street, Suite 1503
New York, New York 10007
(212) 330-8151 (Telephone)
(212) 227-0201 (Fax)
jbrinen@brinenlaw.com (Email)

Attorneys for Defendant
Standard Metals Processing, Inc.

ORDER

IT IS SO ORDERED.

DATED this ____ 6th __ day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of July, 2015, I filed the foregoing PROPOSED ORDER through the Court's CM/ECF system, with service by first-class mail to:

Blair Mielke
618 North Burkhardt Road
Evansville, Indiana 47715

            <u>/s/ Joshua D. Brinen</u>

4