# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BLAIR MIELKE,

        Plaintiff(s),

vs.

STANDARD METALS PROCESSING, INC., a Nevada corp., and DOES 1 through 20, and ROE CORPS. 1 through 20, inclus.

        Defendant(s).

Case #14-cv-01763 JCM-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_Raymond Austin Wilkerson_, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_R. Austin Wilkerson, Attorney at Law_
(firm name)

with offices at _904 Appalachian Lane_,
(street address)

_Savannah_, _Texas_, _76227_,
(city)  (state)  (zip code)

_817-269-7401_, _austin@wilkersonlegal.com_.
(area code + telephone number)  (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_Blair Mielke_ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 1/15

Doc ID: b996c998e5bef535d7dc4b8d8f1b1327d1a2866f

1  3. That since _____May, 2006_____, Petitioner has been and presently is a
                              (date)
2  member in good standing of the bar of the highest Court of the State of __Texas_____
                                                                                  (state)
3  where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or
4  from the clerk of the supreme court or highest admitting court of each state, territory, or insular
5  possession of the United States in which the applicant has been admitted to practice law certifying
6  the applicant's membership therein is in good standing.

7  4. That Petitioner was admitted to practice before the following United States District
8  Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
9  of other States on the dates indicated for each, and that Petitioner is presently a member in good
10 standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| The Supreme Court of Texas | May 2006 | 24053547 |
| The Supreme Court of Kentucky | May 2007 | 91816 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

19
20 5. That there are or have been no disciplinary proceedings instituted against petitioner,
21 nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
22 or administrative body, or any resignation or termination in order to avoid disciplinary or
23 disbarment proceedings, except as described in detail below:

None.

<gt;6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.    That Petitioner is a member of good standing in the following Bar Associations.

State Bar of Texas, Kentucky Bar Association, Dallas Bar Association (TX), American Bar Association.

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:  (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.   Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.   Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 1/15

<gt;Doc ID: b996c998e5bef535d7dc4b8d8f1b1327d1a2866f

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Texas _____ )
COUNTY OF Denton _____ )

___R. Austin Wilkerson___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

24 day of August, 2015.

_____
Notary Public or Clerk of Court

ZACHARY T HARVELL
My Commission Expires
July 10, 2016

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Kenneth E. Hogan___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___7450 Arroyo Crossing Pkwy, Suite 270___,
(street address)

___Las Vegas___, ~~Texas~~ Nevada, ___89113___,
(city)           (state)              (zip code)

___702-800-5482___, ___ken@h2legal.com___.
(area code + telephone number)   (Email address)

4

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____KENNETH E. HOGAN_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Blair Mielke
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

100831                    ken@h21egal.com
Bar number                Email address

APPROVED:

Dated: September 8, 2015.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

Doc ID: b996c998e5bef535d7dc4b8d8f1b1327d1a2866f

# STATE BAR OF TEXAS



Office of The Chief Disciplinary Counsel

August 13, 2015

RE:  **Mr. Raymond Austin Wilkerson**
State Bar Number - **24053547**

To Whom it May Concern:

This is to certify that Mr. Raymond Austin Wilkerson was licensed to practice law in Texas on May 04, 2006 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Linda A. Acevedo
Chief Disciplinary Counsel

LA/dh





SUSAN STOKLEY CLARY
Clerk

OFFICE OF THE CLERK
**SUPREME COURT OF KENTUCKY**
ROOM 209, STATE CAPITOL
700 CAPITAL AVE.
FRANKFORT, KENTUCKY 40601-3488

Telephone:
(502) 564-4720
FAX:
(502) 564-5491

# CERTIFICATION

I, Susan Stokley Clary, Clerk of the Supreme Court of Kentucky, do hereby certify the records in this office show that _____Raymond Austin Wilkerson_____ having met the necessary requirements for admission to the Bar, took the oath prescribed by the Constitution of this Commonwealth on ___May 1, 2007___, and thereupon was admitted to practice as an attorney before this and all other courts of the Commonwealth of Kentucky, and certify that _____Raymond Austin Wilkerson_____ is an attorney at law in good standing, as such, in all the courts of the Commonwealth.

I further certify that the Supreme Court is the Court of highest jurisdiction for the Commonwealth of Kentucky.

Done at the Capitol at Frankfort, Kentucky this __17th__ day of __August__, __2015__.

SUSAN STOKLEY CLARY
CLERK

By: _Charity Kittrell_
Deputy Clerk

Doc ID: b996c998e5bef535d7dc4b8d8f1b1327d1a2866f

# KENTUCKY BAR ASSOCIATION

514 WEST MAIN STREET
FRANKFORT, KENTUCKY 40601-1812
(502) 564-3795
FAX (502) 564-3225
www.kybar.org

**OFFICERS**
Douglass Farnsley
*President*

R. Michael Sullivan
*President-Elect*

William R. Garmer
*Vice President*

William E. Johnson
*Immediate Past President*

**YOUNG LAWYERS**
J. Tanner Watkins
*Chair*

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Mindy G. Barfield
Amy D. Cubbage
Melinda G. Dalton
Thomas N. Kerrick
Howard Oliver Mann
Earl M. McGuire
J. D. Meyer
Eileen M. O'Brien
Michael M. Pitman
W. Fletcher Schrock
Gary J. Sergent
Bobby Simpson
J. Stephen Smith
John Vincent



## THIS IS TO CERTIFY THAT

**RAYMOND AUSTIN WILKERSON**
904 Appalachian Lane
Savannah, Texas 76227-7882

Membership No. 91816

is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 12th day of August, 2015.

**JOHN D. MEYERS**
**REGISTRAR**

By: _Michele M. Pogrotsky_
Michele M. Pogrotsky, Deputy Registrar



Audit Trail

| | |
|---|---|
| **TITLE** | Motion to Admit R. Austin Wilkerson in Case |
| **FILE NAME** | 2015-08-28 Wilker...P-Interactive.pdf |
| **DOCUMENT ID** | b996c998e5bef535d7dc4b8d8f1b1327d1a2866f |
| **STATUS** | ● Completed |

## Document History

**SENT**  8/28/15  16:26:39 UTC
Sent for signature to Blair Mielke (blairmielke@yahoo.com) and Ken Hogan (ken@h2legal.com)
IP: 72.47.150.156

**VIEWED**  8/28/15  17:05:23 UTC
Viewed by Blair Mielke (blairmielke@yahoo.com)
IP: 98.183.49.101

**SIGNED**  8/28/15  17:06:11 UTC
Signed by Blair Mielke (blairmielke@yahoo.com)
IP: 98.183.49.101

**VIEWED**  8/28/15  18:20:01 UTC
Viewed by Ken Hogan (ken@h2legal.com)
IP: 209.58.230.194

**SIGNED**  8/28/15  18:22:38 UTC
Signed by Ken Hogan (ken@h2legal.com)
IP: 209.58.230.194

**COMPLETED**  8/28/15  18:22:38 UTC
The document has been completed.