# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BLAIR MIELKE,<br><br>        Plaintiff(s),<br><br>vs.<br><br>STANDARD METALS PROCESSING, INC.,<br><br>        Defendant(s). | Case No. 2:14-cv-01763-JCM-NJK<br><br>ORDER<br><br>(Docket No. 55) |

Pending before the Court is a stipulation to extend discovery cut-off date. Docket No. 55. The parties stipulation fails to comply with Local Rule 26-4. Pursuant to Local Rule 26-4, all requests to extend discovery deadlines must include, *inter alia*, a statement specifying the discovery completed and a specific description of the discovery that remains to be completed, as well as the reasons why the discovery was not completed within the time limits set forth in the scheduling order. The stipulation includes none of these statements. Accordingly the stipulation is hereby DENIED without prejudice.

    IT IS SO ORDERED.

    DATED: September 11, 2015

                                                                                                                NANCY J. KOPPE<br>                                            United States Magistrate Judge