**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BLAIR MIELKE, ) | |
|            Plaintiff(s), ) | Case No. 2:14-cv-01763-JCM-NJK |
| ) | ORDER |
| vs. ) | |
| ) | |
| STANDARD METALS PROCESSING INC., ) | (Docket No. 60) |
| ) | |
|            Defendant(s). ) | |

Pending before the Court is a motion to withdraw filed by counsel for Defendant. Docket No. 60. Any response to that motion shall be filed no later than November 19, 2015. The Court hereby **SETS** the motion for hearing for 2:00 p.m. on December 2, 2015, in Courtroom 3D. Current counsel, any newly retained counsel, and a representative for each Defendant shall be personally present for the hearing. THERE WILL BE NO EXCEPTIONS TO THE ATTENDANCE REQUIREMENT. Current counsel shall serve a copy of this order on Defendant, and shall file a proof of service on the docket no later than November 19, 2015.

IT IS SO ORDERED.

DATED: November 17, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge