SEAN P. FLANAGAN, ESQ.
Nevada Bar No. 5304
FLANAGAN, LTD.
7251 W. Lake Mead Blvd., Ste. 300
Las Vegas, NV 89128
(702) 562-4111 (Telephone)
(702) 562-4117 (Fax)
sean@flanaganltd.com (Email)

JOSHUA D. BRINEN, ESQ.
Nevada Bar No. 13456
BRINEN & ASSOCIATES, LLC
7 Dey Street, Suite 1503
New York, New York 10007
(212) 330-8151 (Telephone)
(212) 227-0201 (Fax)
jbrinen@brinenlaw.com (Email)

Attorneys for Defendant and Counterclaimant
Standard Metals Processing, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BLAIR MIELKE, | Case No. 2:14-CV-01763-JCM-NJK |
| Plaintiff, | **AFFIDAVIT OF SERVICE OF ORDER SETTING HEARING FOR UNOPPOSED MOTION TO WITHDRAW AS COUNSEL** |
| vs. | |
| STANDARD METALS PROCESSING, INC., a Nevada Corporation, and DOES 1 through 20, and ROE CORPORATIONS 1 through 20, inclusive, | |
| Defendants. | |
| STANDARD METALS PROCESSING, INC., | |
| Counterclaimant, | |
| vs. | |

1

BLAIR MIELKE,                           :
                                        :
            Counterdefendant.           :
_____

I hereby certify that on this 17th day of November 2015, a copy of the **ORDER SETTING HEARING FOR UNOPPOSED MOTION TO WITHDRAW AS COUNSEL** was served by depositing a copy of the same in the U.S. Mail, postage prepaid, regular mail addressed to:

Sharon Ullman
Tina Gregerson
Standard Metals Processing, Inc.
611 Walnut Street
Gadsen, Alabama 35901

By: _____
    Jenny Munoz, an employee of
    BRINEN & ASSOCIATES, LLC

Sworn before me this 18TH day of NOVEMBER, 2015,

_____
Notary Public

MARTHA S. THRUSH
Notary Public, State of New York
Registration #02TH6063030
Qualified in New York County
Commission Expires October 16, 2017

2