SEAN P. FLANAGAN, ESQ.
Nevada Bar No. 5304
FLANAGAN, LTD.
7251 W. Lake Mead Blvd., Ste. 300
Las Vegas, NV 89128
(702) 562-4111 (Telephone)
(702) 562-4117 (Fax)
sean@flanaganltd.com (Email)

JOSHUA D. BRINEN, ESQ.
Nevada Bar No. 13456
BRINEN & ASSOCIATES, LLC
7 Dey Street, Suite 1503
New York, New York 10007
(212) 330-8151 (Telephone)
(212) 227-0201 (Fax)
jbrinen@brinenlaw.com (Email)

Attorneys for Defendant and Counterclaimant
Standard Metals Processing, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BLAIR MIELKE, | Case No. 2:14-CV-01763-JCM-NJK |
| Plaintiff, | **AFFIDAVIT OF SERVICE OF ORDER SETTING HEARING FOR UNOPPOSED MOTION TO WITHDRAW AS COUNSEL** |
| vs. | |
| STANDARD METALS PROCESSING, INC., a Nevada Corporation, and DOES 1 through 20, and ROE CORPORATIONS 1 through 20, inclusive, | |
| Defendants. | |
| STANDARD METALS PROCESSING, INC., | |
| Counterclaimant, | |
| vs. | |

1

| | |
|---|---|
| BLAIR MIELKE, | : |
| | : |
| Counterdefendant. | : |

I hereby certify that on this 17th day of November 2015, a copy of the **ORDER SETTING HEARING FOR UNOPPOSED MOTION TO WITHDRAW AS COUNSEL** was served upon Standard Metals Processing, Inc. via electronic mail message to the electronic mail addresses of Tina Gregerson, Chief Executive Officer of Standard Metals Processing, Inc. Sharon Ullman, Chief Financial Officer, and Christie Knowles, Corporate Counsel.

_____
Joshua D. Brinen

Sworn before me this 18TH day of NOVEMBER, 2015.

_____
Notary Public

MARTHA S. THRUSH
Notary Public, State of New York
Registration #02TH6063030
Qualified In New York County
Commission Expires October 16, 2017

2