**Kenneth E. Hogan, Esq.**
Nevada Bar No. 10083
    **Hogan Hulet PLLC**
    7450 Arroyo Crossing Pkwy, Suite 270
    Las Vegas, Nevada 89113
    (702) 800-5482 (Telephone)
    (702) 508-9554 (Fax)
    ken@h2legal.com (Email)

**Raymond A. Wilkerson, Esq.**
Admitted *pro hac vice*
    904 Appalachian Lane
    Savannah, Texas 76227
    (817) 269-7401 (Telephone)
    austin@wilkersonlegal.com (Email)

**Attorneys for Plaintiff, Blair Mielke**

**Sean P. Flanagan, Esq.**
Nevada Bar No. 5304
    **Flanagan, Ltd.**
    7251 W. Lake Mead Blvd., Ste. 300
    Las Vegas, NV 89128
    (702) 562-4111 (Telephone)
    (702) 562-4117 (Fax)
    sean@flanaganltd.com (Email)

**Joshua D. Brinen, Esq. (Motion to Withdraw Pending)**
Nevada Bar No. 13456
    **Brinen & Associates, LLC**
    7 Dey Street, Suite 1503
    New York, New York 10007
    (212) 330-8151 (Telephone)
    (212) 227-0201 (Fax)
    jbrinen@brinenlaw.com (Email)

**Attorneys for Defendant, Standard Metals Processing, Inc.**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BLAIR MIELKE | Case # 14-cv-01763 JCM-NJK |
| Plaintiff | |
| vs | **STIPULATION OF DISMISSAL** |
| STANDARD METALS PROCESSING, INC., a Nevada corporation, and DOES 1 through 20, and ROE CORPORATIONS, 1 through 20, Inclusive, | |
| Defendants | |

Now come the Plaintiff, Blair Mielke, and Defendant, Standard Metals Processing, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the terms of a separately memorialized settlement agreement, and by and through their undersigned counsel of record hereby jointly stipulate to the dismissal of this action and counterclaims with prejudice, each party to bear its own costs and attorneys' fees.

Dated: December 1, 2015

HAVE SEEN AND AGREED:

/s/Kenneth E. Hogan
**Kenneth E. Hogan, Esq.**
Hogan Hulet PLLC

/s/R. Austin Wilkerson
**R. Austin Wilkerson, Esq.**

*Counsel for Plaintiff*

/s/Sean P. Flanagan
**Sean P. Flanagan, Esq.**
Flanagan, Ltd.

*Counsel for Defendant*

2

# CERTIFICATE OF SERVICE

I certify that the Stipulation of Dismissal was served to the following via the Court's ECF system on December 1, 2015:

**Sean P. Flanagan, Esq.**
**Flanagan, Ltd.**
7251 W. Lake Mead Blvd., Ste. 300
Las Vegas, NV 89128
(702) 562-4111 (Telephone)
(702) 562-4117 (Fax)
sean@flanaganltd.com (Email)

**Joshua D. Brinen, Esq. (Motion to Withdraw Pending)**
**Brinen & Associates, LLC**
7 Dey Street, Suite 1503
New York, New York 10007
(212) 330-8151 (Telephone)
(212) 227-0201 (Fax)
jbrinen@brinenlaw.com (Email)

**Attorneys for Defendant, Standard Metals Processing, Inc.**

/s/Kenneth E. Hogan
**Kenneth E. Hogan, Esq.**
Hogan Hulet PLLC
*Counsel for Plaintiff*