# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BLAIR MIELKE, | |
|     Plaintiff, | Case No. 2:14-cv-01763-JCM-NJK |
| vs. | ORDER |
| STANDARD METALS PROCESSING, INC., | (Docket No. 60) |
|     Defendant. | |

On November 13, 2015, Defendant's counsel filed a motion to withdraw as counsel of record. Docket No. 60. The Court set a hearing on the motion for December 2, 2015. Docket No. 61. On December 1, 2015, the parties filed a stipulation of dismissal. Docket No. 64. The parties indicate that they have agreed to a settlement of the instant case. *Id*. at 2.

Accordingly, Defendant's motion to withdraw as counsel, Docket No. 60, is hereby **DENIED** as moot. The hearing set for December 2, 2015, is **VACATED**.

IT IS SO ORDERED.

DATED: December 1, 2015.

NANCY J. KOPPE
United States Magistrate Judge