UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BLAIR MIELKE,<br><br>                Plaintiff,<br><br>vs.<br><br>STANDARD METALS PROCESSING, INC., a Nevada corporation, and DOES 1 through 20, and ROE CORPORATIONS 1 through 20, inclusive,<br><br>                Defendants. | Case No: 14-cv-01763 JCM-NJK<br><br>**ORDER FOR DISMISSAL, WITH PREJUDICE** |

    Upon the Stipulation of Dismissal (Doc. 64) executed and filed by the Parties' counsel of record on December 1, 2015, and good cause appearing therefor:

    IT IS ORDERED that the above-captioned action, and all claims and counterclaims therein, are DISMISSSED, with prejudice;

    IT IS FURTHER ORDERED that each party shall pay its own fees and costs.

    IT IS SO ORDERED December 2, 2015.

_____
UNITED STATES DISTRICT JUDGE

**Respectfully Submitted by:**

HOGAN HULET PLLC


ss: // Kenneth E. Hogan// _____
KENNETH E. HOGAN, Esq.
Nevada Bar No.: 10083
7450 Arroyo Crossing Pkwy, #270
Las Vegas, Nevada 89113